UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAURA REYNOSO and<br>REYNALDO REYNOSO | CIVIL ACTION NO: |
| vs. | FEBRUARY 5, 2026 |
| LIBERTY MUTUAL GROUP, INC. d/b/a<br>LIBERTY MUTUAL INSURANCE COMPANY | |

<u>NOTICE OF REMOVAL BY
DEFENDANT LIBERTY MUTUAL GROUP, INC d/b/a
LIBERTY MUTUAL INSURANCE COMPANY</u>

The defendant, Liberty Mutual Group, Inc. d/b/a Liberty Mutual Insurance Company, by and through its undersigned counsel, and pursuant to 28 U.S.C.A § 1132(a) and 1441, hereby removes this action from the Superior Court, Judicial District of Hartford, State of Connecticut, to the United States District Court for the District of Connecticut. In support of removal, the defendant further states as follows:

1. The plaintiff served an action naming Liberty Mutual Group, Inc. d/b/a Liberty Mutual Insurance Company as defendant. According to a return of service filed in the Superior Court for the State of Connecticut, service was made upon the Connecticut Insurance Commissioner as agent for service of process on or about on January 23, 2026. The Insurance Commissioner thereafter forwarded the summons and complaint to the defendant's agent. The state court action is entitled Laura Reynoso, et al v. Liberty Mutual Group Inc. d/b/a, HHD-CV26-6218398-S, bearing a return date of March 3, 2026, and made returnable to the Superior Court, State of Connecticut, Judicial District of Hartford. The Summons, Complaint and Return of

Service are the only pleadings in said case to date. A copy of the Summons, Complaint and Return of Service are attached hereto as Exhibit A.  A copy of the Superior Court docket Sheet is attached as Exhibit B.

2. The plaintiffs, Laura Reynoso and Reynaldo Reynoso, were at all relevant times and remain citizens of the State of Connecticut. The defendant, identified Liberty Mutual Group, Inc. d/b/a Liberty Mutual Insurance Company is a corporation organized under the laws of the Commonwealth of Massachusetts, with its principal place of business in Massachusetts. The underwriting company that actually issued the policy that forms the subject of this dispute, Liberty Mutual Personal Insurance Company, is an insurance company organized under the laws of the New Hampshire, with a principal place of business in the Commonwealth of Massachusetts. As set forth in the Complaint, attached as Exhibit A, the plaintiffs in this action claim that they are entitled to defense and indemnification under a policy of homeowners insurance issued to them with respect to an underlying claim that involves sexual stalking and sexual abuse by their minor child. Based on the allegations in Exhibit A, the amount in controversy exceeds $75,000 exclusive of interest and costs.

3. The Court has jurisdiction in the above-captioned matter pursuant to 28 U.S.C.A §1332(a)(1), in that the matter is between citizens of different states and the amount in controversy exceeds the sum value of $75,000.00 based upon the

claims of the plaintiffs. Therefore, this action may be removed to the United States District Court for the District of Connecticut pursuant to 28 U.S.C.A §§1332 and 1441.

4.      This Notice of Removal is being filed within thirty (30) days of the defendant being notified of this lawsuit, and the defendant has complied with all requirements under 28 U.S.C.A §1446.

WHEREFORE, the defendant respectfully requests that the above action be removed from the Superior Court, Judicial District of Hartford, State of Connecticut, to this Honorable Court.

Respectfully submitted this 5th day of February, 2026.

>THE DEFENDANT,
>LIBERTY MUTUAL GROUP, INC. d/b/a
>LIBERTY MUTUAL INSURANCE
>COMPANY
>
>BY  /s/ _/S/ Jack G. Steigelfest
>Jack G. Steigelfest, Esq
>Fed. Bar. #: ct05733
>Howard, Kohn, Sprague & FitzGerald LLP
>Post Office Box 26179
>Hartford, Connecticut 06126-179
>Phone: (860) 525-3101
>Fax: (860) 247-5201
>E-mail:jgs@hksflaw.com

CERTIFICATE OF SERVICE

      I hereby certify that on February 5, 2026, a copy of the foregoing was filed electronically [and served by mail or anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

In addition, a copy of this document was sent by first class U.S. mail to the plaintiffs' counsel in the matter:

John D. Maxwell, Esq.
Brown Paindiris & Scott, LLP
2252 Main St.
Glastonbury, CT 06033
Tel. No. 860-659-0700
Fax No. 860-652-4382
jmaxwell@bpslawyers.com

                                                 BY   /s/  _/S/ Jack G. Steigelfest
                                                 Jack G. Steigelfest, Esq.